IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARGOT SHAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:09-cv-1345 |
| ) | |
| SIGHT & SOUND SYSTEMS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the August 18, 2010 Joint Stipulation of Dismissal With Prejudice (Dkt. No. 21) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for other good cause appearing, it is hereby

ORDERED that all claims asserted by Plaintiffs Margot Shay, *et al.*, against Defendants Sight & Sound Systems, Inc., *et al*, are DISMISSED WITH PREJUDICE.

Alexandria, Virginia
August 23, 2010

/s/
Liam O'Grady
United States District Judge